IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 116,943

In the Matter of HARRY LOUIS NAJIM,
*Respondent.*

ORDER OF REINSTATEMENT

On December 1, 2017, this court indefinitely suspended the respondent Harry Louis Najim's license to practice law in Kansas retroactive to the May 15, 2015, order of temporary suspension. The court further ordered that the respondent undergo a reinstatement hearing under Supreme Court Rule 219(d) (2017 Kan. S. Ct. R. 263) prior to its consideration of any petition for reinstatement filed under Supreme Court Rule 219(b). *In re Najim*, 307 Kan. 76, 405 P.3d 1223 (2017).

On November 19, 2018, the respondent filed a petition for reinstatement. The Disciplinary Administrator agreed that sufficient time had passed for the court to reconsider the suspension order. The court then ordered the Disciplinary Administrator to conduct an investigation of the facts alleged in the petition for reinstatement and the respondent's conduct since the court suspended the respondent's license. See Rule 219(d)(2) (2019 Kan. S. Ct. R. 270). The court further ordered that upon completion of the Disciplinary Administrator's investigation, the respondent appear for a reinstatement hearing before a hearing panel appointed by the Kansas Board for Discipline of Attorneys and that the reinstatement matter proceed pursuant to Rule 219. The court has since received the final hearing report detailing the panel's findings in support of its recommendation for reinstatement.

After careful consideration and a thorough review of the final hearing report, the court finds the respondent's license to practice law in Kansas courts should be reinstated.

1

The court further finds such reinstatement should be conditioned upon the respondent's compliance with the annual continuing legal education requirements and upon his payment of all fees required by the Clerk of the Appellate Courts and the Kansas Continuing Legal Education Commission. See Supreme Court Rule 208 (adopted April 25, 2019) (attorney registration); Supreme Court Rule 811(b) (2019 Kan. S. Ct. R. 553) (continuing legal education).

IT IS THEREFORE ORDERED that the respondent's license to practice law in Kansas is reinstated, conditioned upon the respondent's compliance with the annual continuing legal education requirements and upon his payment of all fees required by the Clerk of the Appellate Courts and the Kansas Continuing Legal Education Commission. Upon receipt of proof of the completion of these conditions, the Clerk is directed to enter the respondent's name on the roster of attorneys actively engaged in the practice of law in Kansas.

IT IS FURTHER ORDERED that this order be published in the official Kansas Reports and that the costs herein be assessed to the respondent.

Dated this 11th day of September, 2019.